The People of the State of Illinois, Plaintiff-Appellee, *v.* Alonzo Bonner, Defendant-Appellant.

(No. 56066;

First District (2nd Division)—May 29, 1973.

PER CURIAM.
DOWNING, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.